| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-20556 / CMG**

Denise Channon

Petition Filed Date: 05/24/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2019 | $696.00 | 59013120 | 07/01/2019 | $696.00 | 59812400 | 07/31/2019 | $696.00 | 60534000 |
| 08/29/2019 | $696.00 | 61297170 | 09/30/2019 | $696.00 | 62106800 | 10/31/2019 | $696.00 | 62898320 |
| 11/12/2019 | $414.00 | 63186410 | 12/03/2019 | $696.00 | 63663430 | | | |

**Total Receipts for the Period:  $5,286.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,506.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Denise Channon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $870.07 | $37.82 | $832.25 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $925.46 | $40.23 | $885.23 |
| 3 | CITIZENS BANK, N.A.<br>»»  2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,041.79 | $88.76 | $1,953.03 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,848.25 | $80.35 | $1,767.90 |
| 6 | SANTANDER BANK, N.A | Unsecured Creditors | $4,296.32 | $186.76 | $4,109.56 |
| 7 | SANTANDER BANK, N.A<br>»»  SOVEREIGN BANK | Unsecured Creditors | $17,611.98 | $765.61 | $16,846.37 |
| 8 | QUICKEN LOANS INC<br>»»  P/1153 MERMAID AVE/1ST MTG | Mortgage Arrears | $59.58 | $59.58 | $0.00 |
| 9 | Gateway One Lending<br>»»  2008 JEEP LIBERTY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK/LIEN VOIDED | Unsecured Creditors | $6,242.04 | $271.35 | $5,970.69 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK/LIEN VOIDED | Unsecured Creditors | $4,644.00 | $201.88 | $4,442.12 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $134.02 | $0.00 | $134.02 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $970.37 | $42.18 | $928.19 |
| 14 | SST/CIGPF I CORP | Unsecured Creditors | $2,804.36 | $121.91 | $2,682.45 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $3,425.65 | $148.92 | $3,276.73 |

**Chapter 13 Case No. 19-20556 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,789.28 | $77.78 | $1,711.50 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $3,314.49 | $144.08 | $3,170.41 |
| 18 | SYNCHRONY BANK<br>»»  AMAZON | Unsecured Creditors | $2,240.65 | $97.40 | $2,143.25 |
| 19 | CITIBANK, N.A.<br>»»  BEST BUY | Unsecured Creditors | $1,847.99 | $80.33 | $1,767.66 |
| 20 | SYNCB<br>»»  LOWES/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB<br>»»  WALMART/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB<br>»»  PAYPAL/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ---- | | $0.00 | $0.00 | $0.00 |
| 24 | ---- | | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,506.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,054.94 | Current Monthly Payment: | $1,110.00 |
| Paid to Trustee: | $415.15 | Arrearages: | $1,110.00 |
| Funds on Hand: | $1,035.91 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**