| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
Chapter 13 Case No. 19-20556 / CMG

Denise Channon

Petition Filed Date: 05/24/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $1,110.00 | 64466110 | 02/04/2020 | $1,110.00 | 65239150 | 03/02/2020 | $1,110.00 | 66045200 |
| 04/01/2020 | $1,110.00 | 66784790 | 06/02/2020 | $1,110.00 | 68339000 | 07/01/2020 | $1,110.00 | 69079860 |
| 08/03/2020 | $1,110.00 | 69798550 | 08/31/2020 | $1,110.00 | 70494680 | 09/30/2020 | $1,110.00 | 71203780 |
| 11/02/2020 | $1,110.00 | 71968850 | 12/02/2020 | $1,110.00 | 72764410 | 01/04/2021 | $1,110.00 | 73449470 |
| 02/02/2021 | $1,110.00 | 74148950 | | | | | | |

**Total Receipts for the Period: $14,430.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,716.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Denise Channon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $870.07 | $198.19 | $671.88 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $925.46 | $210.81 | $714.65 |
| 3 | CITIZENS BANK, N.A.<br>»»  2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,041.79 | $465.10 | $1,576.69 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,848.25 | $421.01 | $1,427.24 |
| 6 | SANTANDER BANK, N.A | Unsecured Creditors | $4,296.32 | $978.66 | $3,317.66 |
| 7 | SANTANDER BANK, N.A<br>»»  SOVEREIGN BANK | Unsecured Creditors | $17,611.98 | $4,011.81 | $13,600.17 |
| 8 | QUICKEN LOANS INC<br>»»  P/1153 MERMAID AVE/1ST MTG | Mortgage Arrears | $59.58 | $59.58 | $0.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»»  2008 JEEP LIBERTY/GATEWAY ONE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK/LIEN VOIDED | Unsecured Creditors | $6,242.04 | $1,421.87 | $4,820.17 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK/LIEN VOIDED | Unsecured Creditors | $4,644.00 | $1,057.85 | $3,586.15 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $134.02 | $18.15 | $115.87 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $970.37 | $221.03 | $749.34 |
| 14 | SST/CIGPF I CORP | Unsecured Creditors | $2,804.36 | $638.81 | $2,165.55 |

**Chapter 13 Case No. 19-20556 / CMG**

| 15 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $3,425.65 | $780.32 | $2,645.33 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,789.28 | $407.58 | $1,381.70 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $3,314.49 | $755.01 | $2,559.48 |
| 18 | SYNCHRONY BANK<br>»» AMAZON | Unsecured Creditors | $2,240.65 | $510.39 | $1,730.26 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY/CITIBANK | Unsecured Creditors | $1,847.99 | $420.95 | $1,427.04 |
| 20 | SYNCB<br>»» LOWES/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB<br>»» WALMART/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB<br>»» PAYPAL/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ---- | | $0.00 | $0.00 | $0.00 |
| 24 | ---- | | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,716.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $16,187.12 | Current Monthly Payment: | $1,110.00 |
| Paid to Trustee: | $1,431.91 | Arrearages: | $2,220.00 |
| Funds on Hand: | $2,096.97 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**