| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-20556 / CMG

Denise Channon

Petition Filed Date: 05/24/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,110.00 | 73449470 | 02/02/2021 | $1,110.00 | 74148950 | 02/26/2021 | $1,110.00 | 74802120 |
| 03/30/2021 | $1,110.00 | 75596880 | 04/28/2021 | $1,110.00 | 76252920 | 05/28/2021 | $1,110.00 | 76977690 |
| 07/06/2021 | $1,110.00 | 77805580 | 08/02/2021 | $1,110.00 | 78459810 | 08/16/2021 | $1,110.00 | 78824680 |
| 08/17/2021 | $414.00 | 78851230 | 08/30/2021 | $1,110.00 | 79075090 | 09/29/2021 | $1,110.00 | 79743660 |
| 10/25/2021 | $1,110.00 | 80359630 | 11/29/2021 | $1,110.00 | 81102780 | 01/03/2022 | $1,110.00 | 81778380 |
| 01/31/2022 | $1,110.00 | 82413100 | | | | | | |

**Total Receipts for the Period:** $17,064.00    **Amount Refunded to Debtor Since Filing:** $0.00    **Total Receipts Since Filing:** $34,560.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Denise Channon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $870.07 | $415.41 | $454.66 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $925.46 | $441.85 | $483.61 |
| 3 | CITIZENS BANK, N.A.<br>»» 2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,041.79 | $974.82 | $1,066.97 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,848.25 | $882.42 | $965.83 |
| 6 | SANTANDER BANK, NA | Unsecured Creditors | $4,296.32 | $2,051.23 | $2,245.09 |
| 7 | SANTANDER BANK, NA<br>»» SOVEREIGN BANK | Unsecured Creditors | $17,611.98 | $8,408.64 | $9,203.34 |
| 8 | QUICKEN LOANS INC<br>»» P/1153 MERMAID AVE/1ST MTG | Mortgage Arrears | $59.58 | $59.58 | $0.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2008 JEEP LIBERTY/GATEWAY ONE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK/LIEN VOIDED | Unsecured Creditors | $6,242.04 | $2,980.20 | $3,261.84 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK/LIEN VOIDED | Unsecured Creditors | $4,644.00 | $2,217.23 | $2,426.77 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $134.02 | $56.57 | $77.45 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $970.37 | $463.29 | $507.08 |

**Chapter 13 Case No. 19-20556 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SST/CIGPF I CORP | Unsecured Creditors | $2,804.36 | $1,338.91 | $1,465.45 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $3,425.65 | $1,635.52 | $1,790.13 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,789.28 | $854.26 | $935.02 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $3,314.49 | $1,582.47 | $1,732.02 |
| 18 | SYNCHRONY BANK<br>»»  AMAZON | Unsecured Creditors | $2,240.65 | $1,069.77 | $1,170.88 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY/CITIBANK | Unsecured Creditors | $1,847.99 | $882.30 | $965.69 |
| 20 | SYNCB<br>»»  LOWES/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB<br>»»  WALMART/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB<br>»»  PAYPAL/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ---- | | $0.00 | $0.00 | $0.00 |
| 24 | ---- | | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,560.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $29,924.47 | Current Monthly Payment: | $1,110.00 |
| Paid to Trustee: | $2,594.58 | Arrearages: | $696.00 |
| Funds on Hand: | $2,040.95 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

