| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-20556 / CMG**

Denise Channon

Petition Filed Date: 05/24/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 11/06/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2023 | $1,110.00 | 89608540 | 02/27/2023 | $1,110.00 | 90185510 | 03/27/2023 | $1,110.00 | 90750140 |
| 05/01/2023 | $1,110.00 | 91364400 | 05/30/2023 | $1,110.00 | 91921360 | 07/03/2023 | $1,110.00 | 92478410 |
| 07/31/2023 | $1,110.00 | 93004360 | 08/31/2023 | $1,110.00 | 93533260 | 09/29/2023 | $1,110.00 | 94006040 |
| 10/30/2023 | $1,110.00 | 94549060 | 12/01/2023 | $1,110.00 | 95058500 | 12/29/2023 | $1,110.00 | 95511790 |

**Total Receipts for the Period: $13,320.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $60,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Denise Channon | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $870.07 | $803.95 | $66.12 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $925.46 | $855.13 | $70.33 |
| 3 | CITIZENS BANK, N.A.<br>»» 2016 MAZDA CX-5 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,041.79 | $1,886.63 | $155.16 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $1,848.25 | $1,707.79 | $140.46 |
| 6 | SANTANDER BANK, NA | Unsecured Creditors | $4,296.32 | $3,969.83 | $326.49 |
| 7 | SANTANDER BANK, NA<br>»» SOVEREIGN BANK | Unsecured Creditors | $17,611.98 | $16,273.61 | $1,338.37 |
| 8 | QUICKEN LOANS INC<br>»» P/1153 MERMAID AVE/1ST MTG | Mortgage Arrears | $59.58 | $59.58 | $0.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2008 JEEP LIBERTY/GATEWAY ONE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK/LIEN VOIDED | Unsecured Creditors | $6,242.04 | $5,767.70 | $474.34 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK/LIEN VOIDED | Unsecured Creditors | $4,644.00 | $4,291.10 | $352.90 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $134.02 | $121.36 | $12.66 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $970.37 | $896.63 | $73.74 |
| 14 | SST/CIGPF I CORP | Unsecured Creditors | $2,804.36 | $2,591.25 | $213.11 |

**Chapter 13 Case No. 19-20556 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $3,425.65 | $3,165.33 | $260.32 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,789.28 | $1,653.31 | $135.97 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $3,314.49 | $3,062.61 | $251.88 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  AMAZON | Unsecured Creditors | $2,240.65 | $2,070.38 | $170.27 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY/CITIBANK | Unsecured Creditors | $1,847.99 | $1,707.56 | $140.43 |
| 20 | SYNCB<br>»»  LOWES/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB<br>»»  WALMART/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB<br>»»  PAYPAL/LIEN VOIDED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ---- | | $0.00 | $0.00 | $0.00 |
| 24 | ---- | | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $60,090.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $54,493.75 | Current Monthly Payment: | $1,110.00 |
| Paid to Trustee: | $4,575.91 | Arrearages: | $696.00 |
| Funds on Hand: | $1,020.34 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

